ADVANCED VIDEO TECHNOL-OGIES, LLC, Plaintiff-Appellant

v.

HTC CORPORATION, HTC America, Inc., Blackberry Ltd., Blackberry Corporation, Motorola Mobility, LLC, AKA Motorola Mobility, Inc., Defendants-Appellees

2016-1476
2016-1514
2016-1515

United States Court of Appeals, Federal Circuit.

February 27, 2017

ROBERT WILLIAM MORRIS, Eckert Seamans Cherin & Mellott, LLC, White Plains, NY, argued for plaintiff-appellant. Also represented by OJEIKU CHRISTOPHER AISIKU, THOMAS MARTIN SMITH.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for all defendants-appel-

lees. Defendants-appellees HTC Corporation, HTC America, Inc., also represented by KYLE DAKAI CHEN, MARK R. WEINSTEIN.

JEFFRI A. KAMINSKI, Venable LLP, Washington, DC, for defendants-appellees Blackberry LTD, Blackberry Corporation. Also represented by WILLIAM DEAN COSTON; CHRISTOPHER T. LA TESTA, Baltimore, MD.

FREDERICK LEE WHITMER, Kilpatrick Townsend & Stockton LLP, New York, NY, for defendant-appellee Motorola Mobility, LLC. Also represented by AKARSH BELAGODU, Washington, DC; DAVID CLAY HOLLOWAY, Atlanta, GA; STEVEN MOORE, San Francisco, CA.

(Newman, Moore, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**